# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT NELL DANIELS, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0626-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 08-0173-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 3, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 21st day of July, 2014.

    s/WILLIAM H. STEELE
    **CHIEF UNITED STATES DISTRICT JUDGE**