**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ROBERT NELL DANIELS,           :

      Petitioner,             :

vs.                         : CIVIL ACTION NO. 13-0626-WS-C

UNITED STATES OF AMERICA,     : CRIMINAL ACTION NO. 08-0173-WS

      Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Daniels' motion to vacate (Doc. 143) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 21st day of July, 2014.


         <u>s/WILLIAM H. STEELE</u>
         **CHIEF UNITED STATES DISTRICT JUDGE**